IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13CR00101 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE LASHAWN LITTLEJOHN | ) | **ORDER OF DISMISSAL** |
| | ) | |

For Good Cause shown in the United States' Motion to Dismiss Counts One and Two, the Court hereby dismisses Counts One and Two of the Bill of Indictment without prejudice.

IT IS SO ORDERED.

Signed: July 19, 2013

_____
Frank D. Whitney
Chief United States District Judge